UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENT MICHAEL MARINO, | : |
| Petitioner | : CIVIL ACTION NO. 3:20-0648 |
| v. | : (JUDGE MANNION) |
| WARDEN HOWARD, | : |
| Respondent | : |

# ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** for lack of jurisdiction.

2. Petitioner's motion for immediate release (Doc. 19) is **DENIED**.

3. Petitioner's motion to compel (Doc. 17) is **DISMISSED** as moot.

4. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

DATE: September 23, 2021
20-0648-01-Order